

# Fourth Court of Appeals
## San Antonio, Texas

February 13, 2019

No. 04-18-00919-CV

Alfredo **CEPEDA**,
Appellant

v.

Pansy Bama **DIETZE** and Juan Ramon Lopez,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2009CVQ001148-D1
Honorable Jose A. Lopez, Judge Presiding

### ORDER

In accordance with this court's opinion, this appeal is DISMISSED FOR LACK OF JURISDICTION. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 101, 195 (Tex. 2001); *Jordan v. Jordan*, 907 S.W.2d 471, 472 (Tex. 1995). It is ORDERED that Appellees Pansy Bama Dietze and Juan Ramon Lopez recover their costs on appeal from Appellant Alfredo Cepeda.

It is so **ORDERED** on February 13, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of February, 2019.

_____
Keith E. Hottle, Clerk of Court